# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOSEPH SNEED

V.

WINSTON HONORE HOLDINGS, LLC d/b/a ACCURATE SERVE, KURT SEDERMAN and PAUL G. WERSANT, and SEQUOIA FINANCIAL SOLUTIONS, INC.

CASE NUMBER: 16-cv-02564

ASSIGNED JUDGE: Samuel Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Michael T. Mason

TO: (Name and address of Defendant)

Paul G. Wersant
6340 Sugarloaf Parkway, Suite 200
Duluth, GA 30097

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



April 26, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MAY 10, 2016 @ 1:37 PM |
| NAME OF SERVER (PRINT) WILL ACREE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED AT BUSINESS LOCATION AT 6340 SUGARLOAF PKWY, STE. 200, DULUTH, GA 30097 to MICHELLE STIBBLE, Administrator

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/16
           Date

Signature of Server

PHOENIX LEGAL
251 SPRINGS XING
CANTON, GA 30114
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Client Ref.:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case Number: **16-CV-02564**

JOSEPH SNEED
            Plaintiff(s),
vs.

WINSTON HONORE HOLDINGS, LLC, ET AL.
            Defendant(s).

Will Acree, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of Georgia.

That on 5/10/2016 at 1:37 PM at 6340 Sugarloaf Pkwy., Ste. 200, Duituh, GA 30097, deponent served the within **Summons and Complaint**
On **PAUL G. WERSANT**

SUITABLE AGE PERSON: By delivering a true copy of each to **Michelle Stibble**, the **Administrator** of **PAUL G. WERSANT**, a person of suitable age and discretion. Said premises is intended recipient's business within the state.

**Description:**
Gender: **Female**  Race/Skin: **White**  Age: **51 - 65 Yrs.**  Weight: **100-130 Lbs.**  Height: **5 4" - 5 8"**
Hair: **Brown**  Glasses: **Yes**  Other:

**COMMENTS:**
This virtual office is called Business Center

X  *[signature]*
            **WILL ACREE**
            Job # **160615**

*PHOENIX LEGAL INC., 251 SPRINGS XING, CANTON, GA 30114*